IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| STATE OF OKLAHOMA, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-13-726-M |
| | ) | |
| ENVIRONMENTAL PROTECTION AGENCY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

Pursuant to a separate order issued this same date, this action is hereby dismissed.

**ENTERED at Oklahoma City, Oklahoma this 18th day of December, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE